Petition for Writ of Mandamus Denied and Memorandum Opinion filed
November 17, 2005









 

Petition for Writ of Mandamus Denied and Memorandum
Opinion filed November 17, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00985-CV

____________

 

IN RE SQUARE D COMPANY, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M  O P I N I O N

On September 20, 2005, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon 2004);  see also
Tex. R. App. P. 52.

Relator has failed to establish it is
entitled to mandamus relief. 
Accordingly, we deny relator=s petition for writ of mandamus.

PER CURIAM

Petition Denied and Memorandum
Opinion filed November 17, 2005.

Panel consists of Justices Fowler,
Edelman, and Guzman.

Do not
Publish ‑ Tex. R. App. P. 47.3(b).